11091883
$9.09

# BULAN, CHIARI, HORWITZ & ILECKI, LLP
ATTORNEYS AND COUNSELORS AT LAW
14 LAFAYETTE SQUARE, SUITE 1440
BUFFALO, NEW YORK 14203

GERALD CHIARI
MORRIS L. HORWITZ
WILLIAM ILECKI
RICHARD L. STARK
SARA BULSON
BARBARA R. RIDALL

HAROLD P. BULAN OF COUNSEL
PAUL A. PETERS (1940-2010)

TELEPHONES:
Erie County: (716)838-4300
(716)854-1332
Fax:(716)204-9728

December 1, 2010

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street, Ste. 250
Buffalo, NY 14202

Re: (Case Name)__MARINARO, PEGGY SUE_/Case #06-03198
Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $9.09. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

x The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant eCAST Settlement Corp  Amount $4.44  Claims Register #17

Claimant eCAST Settlement Corp  Amount $4.65  Claims Register #18

Claimant _____  Amount $_____  Claims Register #_____

/s/ Harold P. Bulan
Harold P. Bulan, Trustee